CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
contact@christoferoramlaw.com
Attorney for Robert Litheredge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LITHEREDGE<br><br>Defendants. | CASE NO. 2:18-cr-00207-RFB-CWH<br><br>**STIPULATION TO CONTINUE**<br>**PRETRIAL MOTIONS**<br>**(Second Request)** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, by and through Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States, and Defendant, Robert Litheredge, by and through his attorney, Christopher R. Oram, Esq., that the deadline to file pre-trial motions will be extended until December 5, 2018.

    This is the second request for a continuance of the Pretrial Motions date.

    Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

    1. Counsel for Mr. Litheredge needs additional time to conduct investigation into this case and to review the discovery so that he may determine what, if any pretrial motions need to be filed.

    2. Mr. Litheredge is in custody and agrees with the continuance.

    3. Denial of this request for continuance could result in a miscarriage of justice.

1

4. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Pretrial Motion Deadline.

/s/ Phillip N. Smith, Jr.           11/19/2018
PHILLIP N. SMITH, JR., ESQ.     DATE
Assistant United States Attorney


CHRISTOPHER R. ORAM, ESQ.
/s/ Christopher R. Oram            11/19/2018
CHRISTOPHER R. ORAM, ESQ.     DATE
Counsel for Defendant Robert Litheredge

## FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The parties have stipulated to continue the deadline for pretrial motions.

2. This Court, being convinced that adequate showing has been made that additional time is necessary to file any pretrial motions, based on the following:

A. Counsel for Mr. Litheredge needs additional time to conduct investigation into this case and to review the discovery so that he may determine what, if any pretrial motions need to be filed.

B. Denial of this request for continuance could result in a miscarriage of justice.

C. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Pretrial Motion Deadline.

### ORDER

IT IS ORDERED, that all pre-trial Motions will be due no later than December 5 , 2018.

DATED this 25th day of November, 2018.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE