Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone:  (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
Robert Carl Litheredge

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>ROBERT CARL LITHEREDGE<br>        Defendant. | CASE NO.: 2:18-cr-207-RFB-DJA<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESITGATION REPORT AND PROPOSED ORDER** |

Defendant, ROBERT CARL LITHEREDGE, by and through his attorney of record, Maysoun Fletcher, with The Fletcher Firm, P.C., submits his Unopposed Motion to Conduct a Pre-Plea Presentence Investigation Report and Proposed Order.

Dated this 27th day of May, 2020.

By: */s/ Maysoun Fletcher*
        Maysoun Fletcher, Esq.
        Bar Number 10041
        The Fletcher Firm, P.C.
        5510 South Fort Apache Rd.
        Las Vegas, Nevada 89148
        (702) 835-1542
        Attorney for Defendant,
        Robert Carl Litheredge

1

## **STATEMENT OF FACTS**

2

On July 3, 2018, Mr. Litheredge was charged in a 5 count Indictment with (2) counts of

3 Armed Bank Robbery in violation of  Title 18 U.S.C. §2113(a) and (d); (1) count of Brandishing a

4 Firearm During and in Relation to a Crime of Violence in violation of Title 18 U.S.C. §924(c)(1)(A);

5 (1) count of Discharging a Firearm During and in Relation to a Crime of Violence in violation of

6 Title 18 U.S.C. §924(c)(1)(A); and (1) count of Felon in Possession of a Firearm in violation of Title

7 18 U.S.C. §922(g)(1) and 924(a)(2).  Trial is currently set for July 27, 2020.

8

Defense counsel is concerned that Mr. Litheredge's past criminal history may subject him to

9 significant sentencing enhancements. Therefore, defense counsel respectfully seeks an order

10 directing the Department of Parole and Probation to prepare a Pre-Plea PSI for Mr. Litheredge.

11 Undersigned counsel communicated with counsel for the United States who does not oppose this

12 request.

13

Dated this 27th day of May, 2020.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: _/s/ Maysoun Fletcher_
Maysoun Fletcher, Esq.
Bar Number 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
(702) 835-1542
Attorney for Defendant,
Robert Carl Litheredge

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
Robert Carl Litheredge

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT CARL LITHEREDGE<br>　　　　　Defendant. | CASE NO.: 2:18-cr-207-RFB-DJA<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Department of Parole and Probation prepare a pre-plea presentence investigation report for Defendant Robert Carl Litheredge.

Dated this 28th day of May_____, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 27th day of May, 2020, I caused a true and correct copy

of the foregoing DEFENDANT'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA

PRESENTENCE INVESITGATION REPORT AND PROPOSED ORDER to be electronically

filed with the Clerk of the Court by submitting the document listed above to the electronic filing

and service system at the United States District Court (CM/ECF), District of Nevada. CM/ECF will

provide copies to all counsel of record registered to receive CM/ECF notifications.

*/s/ Maysoun Fletcher*
Maysoun Fletcher