# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:18-CR-00207-RFB-DJA |
| v. | |
| ROBERT CARL LITHEREDGE, | **ORDER OF RESTITUTION** |
| Defendant. | |

This matter coming on the Sentencing Hearing held in this case on July 29, 2021, the parties having been heard, the Court having considered the matters presented, and for all the reasons stated by the Court on the record, the Court finds that the defendant must make restitution in the amount of $ 5,199 to the following payee:

Bank of America
P.O. Box 29961
Mail Code:  AZ1-200-20-35
Phoenix, AZ 85038

The Court further finds that the defendant does not have the ability to pay interest and that interest is therefore waived as to restitution.

It is recommended that any unpaid balance due and owing by the defendant shall be paid at a rate of not less than $25.00 per quarter during the defendant's incarceration.

3

Upon commencement of defendant's supervision, payments shall be made at a rate of 10% of any gross income earned by the defendant, subject to adjustment by the Court based upon defendant's ability to pay.

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Date Entered: ___August 13, 2021___

4