FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

4/12/2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                                    DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERCIA<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CARL LITHEREDGE 35524-048<br><br>Defendants. | Case No. 2:18-cr-00207-RFB-DJA<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE: ROBERT CARL LITHEREDGE 35524-048** |

TO: WARDEN, or EXECUTIVE DIRECTOR of the Bureau of Prison's Facility,

UNITED STATES PENITENTIARY – FLORENCE - HIGH

THE COURT HEREBY FINDS that **ROBERT CARL LITHEREDGE 35524-048**, is presently in custody of The Federal Bureau of Prisons, located at USP Florence-High, Colorado.

**IT IS HEREBY ORDERED** that the Warden of USP Florence-High, or his designee, shall arrange for and produce **ROBERT CARL LITHEREDGE 35524-048** on or about **May 03, 2024,** at the hour of **9:30 a.m. PDT, for a videoconference hearing by zoomgov** technology in the instant matter,; and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **ROBERT CARL LITHEREDGE 35524-048**, is released and discharged by the said Court; and that **ROBERT CARL LITHEREDGE 35524-048** shall thereafter be returned to the custody of the Warden, of USP Florence-High, Colorado, under safe and secure conduct. /

/

/

/

**FURTHER IT IS ORDERED** a representative of USP Florence-High, shall contact the Courtroom Administrator at darci_reichsmth@nvd.uscourts.gov or 702-464-5436 *no later than April 22, 2024* in order to facilitate this hearing.

**FINALLY, IT IS ORDERED**, counsel for Mr Litheredge shall supply him with two copies of this order.

**DATED** this 12th day of April, 2023.

_____
RICHARD F BOULWARE II
UNITED STATES DISTRICT JUDGE